IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JEREMY LEE HILTON and RENAE MARIE HILTON, BOTH INDIVIDUALLY AND AS NEXT FRIENDS OF ▆▆▆▆ K.E.H. ▆▆▆▆, THEIR MINOR DAUGHTER § § § § § § § | RECEIVED 2007 AUG 20 P 2: 16 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA |
| Plaintiffs § | CIVIL ACTION NO. 2:07-CV-741-MHT |
| VS. § § | |
| UNITED STATES OF AMERICA § § | |
| Defendant § | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Comes now attorney for the Plaintiffs, George J. Hanko III, a member in good standing of the State Bar of Texas, and a member in good standing of the United States District Court for the Western District of Texas, the United States District Court for the Southern District of Texas, the United States District Court for the Northern District of Texas and the United States District Court for the Eastern District of Texas and moves this Court to admit George J. Hanko III *pro hac vice* as attorney for the Plaintiffs. As grounds, Plaintiffs would show that George J. Hanko III is a duly licensed attorney in good standing in the State of Texas and admitted to practice in the State of Texas, and is an attorney in good standing and is admitted to practice in the United States District Court for Western District of Texas, the United States District Court for Southern District of Texas, the United States District Court for Northern District of Texas, and the United States District Court for Eastern District of Texas. The Plaintiffs in this case would like George J. Hanko III to represent them in this action. George J.

Hanko III is familiar with the Local Rules of this Court. In support of this motion, the undersigned shows this Honorable Court as follows:

The full name of the applicant is George J. Hanko III.

The business address and contact information of the applicant is:

> George J. Hanko III
> Sico, White & Braugh, L.L.P.
> Frost Bank Tower
> 401 Congress Avenue, Suite 1540
> Austin, Texas 78701
> Telephone: (512) 473-0333
> Telefax: (512) 473-0133
> e-mail: ghanko@swbtrial.com

The applicant is duly authorized and licensed to practice law and a member in good standing of the State of Texas, and has been since May 5, 1990. His Texas Bar Number is 08915550.

The applicant is duly authorized and licensed to practice law and a member in good standing in the United States District Court for the Western District of Texas since May 14, 2003, the United States District Court for the Southern District of Texas since June 10, 2004, the United States District Court for the Northern District of Texas since June 28, 2004, and the United States District Court for the Eastern District of Texas since January 26, 2006.

The applicant is duly authorized and licensed to practice law and a member in good standing in the United States Court of Appeals for the Fifth Circuit since January 6, 2004, and the United States Court of Appeals for the Sixth Circuit since January 16, 2004.

Attached hereto as **Exhibit "A"** is the Affidavit of George J. Hanko III. Attached hereto as **Exhibit "B"** is a completed **Application For Admission to Practice** in the United States District Court for the Middle District of Alabama.

Also, attached hereto as **Exhibit "C"** is a **Certificate of Good Standing** for George J. Hanko III from the United States District Court for the Western District of Texas.

WHEREFORE, Plaintiffs, by and through undersigned counsel, respectfully request this Court grant their motion and admit George J. Hanko III to practice before this Court and act as counsel for Plaintiffs in this case.

Respectfully Submitted,

By: _____
GEORGE J. HANKO III
(Pro Hac Vice Admission Anticipated)
Texas State Bar Number 08915550
**SICO, WHITE & BRAUGH, L.L.P.**
Frost Bank Tower
401 Congress Avenue; Suite 1540
Austin, Texas 78701
Telephone: (512) 473-0333
Telefax: (512) 473-0333
e-mail: ghanko@swbtrial.com

**ATTORNEYS FOR PLAINTIFFS**

# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JEREMY LEE HILTON and RENAE MARIE HILTON, BOTH INDIVIDUALLY AND AS NEXT FRIENDS OF ███ K.E.H. ███, THEIR MINOR DAUGHTER<br><br>　　　　　　Plaintiffs<br><br>VS.<br><br>UNITED STATES OF AMERICA<br><br>　　　　　　Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. _____<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## AFFIDAVIT OF GEORGE J. HANKO III

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared George J. Hanko III, a person known by me to be competent and qualified in all respects to make this Affidavit, who after being by me duly sworn, deposed as follows:

1. My complete name is George Joseph Hanko III;

2. I am over 21 years of age, of sound mind, and have never been convicted of a felony or the crime involving moral turpitude;

3. Everything in this affidavit is based upon my own personal knowledge and is true and correct;

4. My residence address is 6004 Roxbury Lane, Austin, Texas 78739;

5. My office address is Sico, White & Braugh, L.L.P.; 401 Congress Avenue, Suite 1540; Austin, Texas 78470, Telephone No.: (512) 473-0333; Telefax No.: (512) 473-0133;

6. I am an attorney licensed to practice continually in the State of Texas, by the Supreme Court of the State of Texas, since May 4, 1990;

7. My Texas Bar Number is 08915550;

8. I am in good standing in all jurisdictions in which I am licensed to practice law;

9. I desire to enter an appearance in the above entitled and numbered cause, on behalf of Plaintiffs, Jeremy Lee Hilton and Renae Marie Hilton, Individually, and as Next Friends of ███████ K.E.H ███, their Minor daughter;

10. I am an attorney licensed to practice continually in the Northern District of Texas since June 28, 2004;

11. I am an attorney licensed to practice continually in the Southern District of Texas since June 10, 2004;

12. I am an attorney licensed to practice continually in the Eastern District of Texas since January 26, 2006;

13. I am an attorney licensed to practice continually in the Western District of Texas since May 14, 2003;

14. I am an attorney licensed to practice continually in the United States Court of Appeals for the Fifth Circuit since January 6, 2004;

15. I am an attorney licensed to practice continually in the United States Court of Appeals for the Sixth Circuit since January 16, 2004;

16. There are no disciplinary proceedings pending against me in the State of Texas where I practice law or in any other jurisdiction where I practice law;

17. I am one of the attorneys who has been retained by Plaintiffs, Jeremy Lee Hilton and Renae Marie Hilton, Individually, and as Next Friends of ████K.E.H.████████, their Minor daughter,, in the above entitled and numbered cause of action to represent them in this claim;

18. I have never been denied admission *pro hac vice* or had an admission *pro hac vice* revoked by any court in any jurisdiction;

19. I have never been disciplined or sanctioned by the Board of Professional Responsibility of the Supreme Court of Texas, the Supreme Court of Alabama or by any similar lawyer disciplinary authority;

20. I have never received any disciplinary action or investigation concerning my conduct pending before the Board of Professional

Responsibility of the Supreme Court of Texas, the Supreme Court of Alabama, before any similar lawyer disciplinary agency in any jurisdiction, or before any similar lawyer disciplinary authority;

21. Prior to filing this application for admission *pro hac vice*, I have never applied for admission *pro hac vice* in any court in the State of Alabama;

22. I am familiar with the Alabama Rules of Professional Conduct, the rules governing the proceedings of this court, and the Local Rules of this Court and I agree to abide by them; and

23. I consent to the disciplinary jurisdiction of the Board of Professional Responsibility of the Supreme Court of Alabama and the courts of Alabama in any matter arising out of my conduct in proceedings in the above entitled and numbered cause of action and I agree to be bound by the Alabama Rules of Professional Conduct and any other rules of conduct applicable to lawyers generally admitted in Alabama.

Further your affiant saith not.

DATED this 17th day of August 2007.

_____
GEORGE J. HANKO III

SUBSCRIBED AND SWORN to before me this 17th day of August 2007 by George J. Hanko III.

_____
Notary Public in and for the
State of Texas

(NOTARY SEAL)



WENDY RASMUSSEN
NOTARY PUBLIC STATE OF TEXAS
COMMISSION EXPIRES:
03-20-2011

# EXHIBIT "B"

M/D-39 revised 6/04

## THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

### APPLICATION FOR ADMISSION TO PRACTICE [1]

[1] This is an application for admission to the BAR OF THE COURT, fee for which is $170.00 as of 06/04. Application to APPEAR PRO HAC VICE should be by motion, accompanied by a fee of $20.00 and a certificate of good standing as detailed in local rule 83.1.

George J. Hanko III
Full Name

Sico, White & Braugh, L.L.P.
Firm/Business Associated with, if any

(512) 473-0333
Business Telephone Number

6004 Roxbury Lane, Austin, TX 78739
Home Address

Date admitted to Supreme Court of Alabama & State Bar Code

August 17, 2007
Date

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
Social Security Number

401 Congress Avenue, Suite 1540; Austin, TX 78701
Firm/Business Address

(512) 473-0133
Business Fax Number

(542) 288-6104
Home Telephone Number

Admitted to the Supreme Court of Texas on May 5, 1990

Other courts admitted to practice

Signature of Applicant

---

You must pay a fee of **$170** and comply with *either* local rule 83.1(a)(1)(A) *or* local rule 83.1(a)(1)(B) below:

either...

Local rule **83.1(a)(1)(A)** allows an applicant to the Bar of this Court to be admitted on order of a district judge of this Court and the administering of the prescribed oath. Applicant must be present to meet with the district judge and to be administered the oath.

### MOTION FOR ADMISSION

The undersigned, _____, **a member of the bar of the United States District Court for the Middle District of Alabama**, does hereby move that the foregoing applicant be admitted to practice as an attorney of this Court, this the _____ day of _____, ____.

Signature of Movant

### ORDER FOR ADMISSION

Ordered that the above motion to admit applicant to the Bar of this Court is hereby granted. Signed this the _____ day of _____, ____.

Signature of District Judge

or......  Pursuant to local rule **83.1(a)(1)(B)**, enclose a current and original Certificate of Good Standing ✓

---

*Excerpt from Local Rule 83.1 Attorneys: Admission to Practice and Disciplinary Proceedings.*
a) Bar of Court. The Bar of this Court consists of those persons previously admitted to (and not removed from) the Bar of this Court and of those persons who hereafter are admitted under this rule.
　　(1) Any attorney who is admitted to practice before the Supreme Court of Alabama may be admitted to the Bar of this Court upon the submission of an application, payment of the prescribed admission fee, and
　　　　(A) the order of a district judge of this Court (on oral or written motion by a member of the Bar of this Court or on the Court's own motion), and the administering of the prescribed oath before any judge (or other designee) of this Court; or
　　　　(B) the filing of a certificate of good standing from the Clerk of the United States District Court located within the district in which the applicant resides or regularly practices law.
b) Appearance Pro Hac Vice. Any attorney who is not a member of the Bar of this Court but who is admitted to practice before the United States District Court for the district in which such person resides or regularly practices law, may, upon request, be admitted pro hac vice by an order of any district judge, magistrate judge, or bankruptcy judge of this Court. A certificate of good standing from the district in which the attorney is admitted must be attached to his/her request for admission pro hac vice. Any such attorney who appears as counsel by filing any pleading or paper in any case pending in this Court shall, contemporaneously with the filing of such papers, apply for admission pro hac vice as set out herein.

~~Check our web page on www.almd.uscourts.gov for current rules and fees ~~

# EXHIBIT "C"

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

I, WILLIAM G. PUTNICKI, Clerk of the United States District Court, Western District of Texas, DO HEREBY CERTIFY that George J. Hanko, III, Bar # 08915550, was duly admitted to practice in said Court on May 14, 2003, and is in good standing as a member of the bar of said Court.

Signed at Austin, Texas on August 17, 2007.

WILLIAM G. PUTNICKI, Clerk

BY: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JEREMY LEE HILTON and RENAE MARIE HILTON, BOTH INDIVIDUALLY AND AS NEXT FRIENDS OF ▓▓▓ K.E.H. ▓▓▓, THEIR MINOR DAUGHTER<br><br>Plaintiffs<br><br>VS.<br><br>UNITED STATES OF AMERICA<br><br>Defendant | §§§§§§§§§§§§§<br><br>CIVIL ACTION NO. 2:07-CV-741-MHT |

### ORDER FOR ADMISSION *PRO HAC VICE*

Upon application duly and properly made, it is hereby ORDERED that GEORGE J. HANKO III shall be specifically admitted *pro hac vice* to this Court to practice in the above-styled cause of action.

Signed this _____ day of _____, 2007.

_____
Signature of District Judge

```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602000189
Cashier ID: khaynes
Transaction Date: 08/20/2007
Payer Name: SICO WHITE AND BRAUGH LLP
------------------------------------
PRO HOC VICE
 For: SICO WHITE AND BRAUGH LLP
 Case/Party: D-ALM-2-07-CV-000741-001
 Amount:         $20.00
------------------------------------
CHECK
 Check/Money Order Num: 80204
 Amt Tendered:  $20.00
------------------------------------
Total Due:      $20.00
Total Tendered: $20.00
Change Amt:     $0.00

M/PHV- GEORGE J. HANKO III


JEREMY HINTON ET AL V. USA

2:07-CV-000741-MHT
```