AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Middle | District of | Alabama |
|---|---|---|

Jeremy ee hilton and Renae Marie Hilton, et al.

**SUMMONS IN A CIVIL ACTION**

V.

United States of America

CASE NUMBER: 2:07-cv-741-MHT

TO: (Name and address of Defendant)

Leura G. Canary
United States Attorney
Middle District of Alabama
ATTENTION:  Civil Process Clerk
131 Clayton Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George J. Hanko III
Sico, White & Braugh, L.L.P.
Frost Bank Tower
401 Congress Avenue, Suite 1540
Austin, Texas 78701

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                                    *8-21-07*

| CLERK | DATE |
|---|---|

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Jeremy Lee Hilton and Renae Marie Hilton, et al.

**SUMMONS IN A CIVIL ACTION**

V.

United States of America

CASE NUMBER: 2:07-CV-741-MHT

TO: (Name and address of Defendant)

Alberto R. Gonzales
Attorney General of the United States
Attorney General's Office
ATTNETION: Civil Process Clerk
10th and Constitution Avenue, N.W.
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

George J. Hanko III
Sico, White & Braugh, L.L.P.
Frost Bank Tower
401 Congress Avenue, Suite 1540
Austin, Texas 78701

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

8-21-07

DATE