IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JEREMY LEE HILTON and ) | |
| RENAE LEE HILTON, both ) | |
| individually and as next ) | |
| friends of K.E.H., their ) | |
| minor daughter, ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:07cv741-MHT |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
|    Defendant. ) | |

ORDER

It is ORDERED that the motion for admission pro hac vice (Doc. No. 2) is granted.

DONE, this the 22nd day of August, 2007.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE