**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Alberto R. Gonzales
    Attorney General of the United States
    Attorney General's Office
    Civil Process Clerk
    10th and Constitution Avenue, N.W.
    Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Emmett L Parker*
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
AUG 2 8 2007

C. Date of Delivery
2007

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:07CV741
   S+C
   60

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0003 9891 5711

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540