## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| JEREMY LEE HILTON and | ) |
| RENAE MARIE HILTON, et al. | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:07-cv-0741-MHT** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

## **CONFLICT DISCLOSURE STATEMENT**

COMES NOW the United States of America, Defendant in the above-captioned matter, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in accordance with the June 12, 2007, Order of this Court, makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐  This party is an individual, or

☒  This party is a governmental entity, or

☐  There are no entities to be reported, or

☒  The following entities and their relationship to the party are hereby reported:
     None.

Dated this the 22nd day of October, 2007.

                LEURA G. CANARY
                United States Attorney

By:  /s/Stephen M. Doyle
      STEPHEN M. DOYLE
      Chief, Civil Division
      Assistant United States Attorney
      Attorney for Defendant
      Post Office Box 197
      Montgomery, AL  36101-0197
      District of Columbia Bar No. 422474
      Telephone No.: (334) 223-7280
      Facsimile No.: (334) 223-7418
      **E-mail:  stephen.doyle@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2007, Electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    George J. Hanko III, Esquire

                s/Stephen M. Doyle
                Assistant United States Attorney