IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| JEREMY LEE HILTON and ) | | |
| RENAE LEE HILTON, both ) | | |
| individually and as next ) | | |
| friends of K.E.H., their ) | | |
| minor daughter, ) | | |
| ) | | |
|    Plaintiffs, ) | | |
| ) | CIVIL ACTION NO. | |
|    v. ) | 2:07cv741-MHT | |
| ) | | |
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
|    Defendant. ) | | |

### ORDER

It is ORDERED that the motion to transfer (Doc. No. 10) is set for submission, without oral argument, on November 13, 2007, with all briefs due by said date.

DONE, this the 6th day of November, 2007.

                               /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE