IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEREMY LEE HILTON and RENAE MARIE HILTON, et al. | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) CIVIL ACTION NO.: **2:07-cv-0741-MHT** ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

### JOINT MOTION TO STAY RULE 26 (f) REPORT

COME NOW Plaintiffs, by and through George J. Hanko III, Esquire, and Defendant, the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to Rule 6 (b) of the Federal Rules of Civil Procedure, jointly move to stay submission of the parties' Rule 26 (f) planning report until the Court rules upon the United States' motion to transfer. In support of this motion, the parties state as follows:

1. On November 5, 2007, the United States moved to transfer this case to the District of Maryland pursuant to 28 U.S.C. § 1404 (a). The Court set the motion to transfer for submission on November 13, 2007.

2. By Order dated October 24, 2007, the parties' Rule 26 (f) planning report is currently due on November 9, 2007. It makes little sense for the parties to submit a planning report until this Court determines whether it will retain this case.

3.  I, the undersigned Assistant United States Attorney, do hereby certify that Counsel for plaintiffs, George J. Hanko III, Esquire, and I have reviewed and agreed to this joint motion.

WHEREFORE, the parties respectfully request that the Court stay the deadline for submitting the Rule 26 (f) planning report until after it rules upon the pending motion to transfer.

Respectfully submitted this 7th day of November, 2007.

                           LEURA G. CANARY
                           United States Attorney


          By:  s/Stephen M. Doyle
               STEPHEN M. DOYLE
               Chief, Civil Division
               Assistant United States Attorney
               Post Office Box 197
               Montgomery, AL  36101-0197
               Telephone No.: (334) 223-7280
               Facsimile No.: (334) 223-7418
               E-mail:  **stephen.doyle@usdoj.gov**

**Of Counsel:**
HILDEGARDE CONTE PERLSTEIN
Chief, Medical Law Branch
Claims and Tort Litigation Division
HQ AFLOA/JACC
1501 Wilson Blvd., Ste 835
Arlington, VA 22209-2403
Telephone No.: (703) 696-9022
Facsimile No.: (703) 696-9009
E-mail:  **hilde.perlstein@pentagon.af.mil**

        s/George J. Hanko III
        George J. Hanko III
        SICO, WHITE & BRAUGH, L.L.P.
        Frost Bank Tower
        401 Congress Avenue, Suite 1540
        Austin, Texas 78701
        Telephone No.: (512) 473-0333
        Telefax: (512) 473-0333
        E-mail: **ghanko@swbtrial.com**

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2007, I Electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    George J. Hanko III, Esquire

        s/Stephen M. Doyle
        Assistant United States Attorney