IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JEREMY LEE HILTON and ) <br> RENAE LEE HILTON, both ) <br> individually and as next ) <br> friends of K.E.H., their ) <br> minor daughter, ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES OF AMERICA, ) <br> ) <br>    Defendant. ) | CIVIL ACTION NO. <br> 2:07cv741-MHT |

ORDER

It is ORDERED that the joint motion to stay Rule 26(f) report (Doc. No. 12) is granted.

DONE, this the 8th day of November, 2007.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE