IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEREMY LEE HILTON and | ) |
| RENAE MARIE HILTON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: **2:07-cv-0741-MHT** |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

**JOINT AGREEMENT TO TRANSFER**

COME NOW Plaintiffs, by and through George J. Hanko III, Esquire, and Defendant, the United States, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 28 U.S.C. § 1404 (a), jointly agree that this case should be transferred to the District of Maryland. In support hereof, the parties state as follows:

1. On November 5, 2007, the United States moved to transfer this case to the District of Maryland pursuant to 28 U.S.C. § 1404 (a). The Court set the motion to transfer for submission on November 13, 2007.

2. Counsel for plaintiffs and the United States have conferred, and plaintiffs have agreed that they do not oppose the United States' motion to transfer.

3. Plaintiffs would prefer that this case be docketed in the Greeenbelt Division of the District of Maryland because, as the United States pointed out in its motion, Greenbelt is closer to Andrews Air Force Base and Bethesda Naval

Hospital, the medical records, and the majority of the Government health care providers. The United States has no opposition to plaintiffs' request.

4. I, the undersigned Assistant United States Attorney, do hereby certify that Counsel for plaintiffs, George J. Hanko III, Esquire, and I have reviewed and agreed to this joint agreement.

WHEREFORE, the parties respectfully request that the Court grant the United States' motion and transfer this case to the District of Maryland.

Respectfully submitted this 8th day of November, 2007.

        LEURA G. CANARY
        United States Attorney


By:  s/Stephen M. Doyle
      STEPHEN M. DOYLE
      Chief, Civil Division
      Assistant United States Attorney
      Post Office Box 197
      Montgomery, AL  36101-0197
      Telephone No.: (334) 223-7280
      Facsimile No.: (334) 223-7418
      E-mail:  **stephen.doyle@usdoj.gov**

**Of Counsel:**
HILDEGARDE CONTE PERLSTEIN
Chief, Medical Law Branch
Claims and Tort Litigation Division
HQ AFLOA/JACC
1501 Wilson Blvd., Ste 835
Arlington, VA 22209-2403
Telephone No.: (703) 696-9022
Facsimile No.: (703) 696-9009
E-mail:  **hilde.perlstein@pentagon.af.mil**

        s/George J. Hanko III
        George J. Hanko III
        SICO, WHITE & BRAUGH, L.L.P.
        Frost Bank Tower
        401 Congress Avenue, Suite 1540
        Austin, Texas 78701
        Telephone No.: (512) 473-0333
        Telefax: (512) 473-0333
        E-mail: **ghanko@swbtrial.com**

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2007, I Electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    George J. Hanko III, Esquire

        s/Stephen M. Doyle
        Assistant United States Attorney