IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JEREMY LEE HILTON and )<br>RENAE LEE HILTON, both )<br>individually and as next )<br>friends of K.E.H., their )<br>minor daughter, )<br>          )<br>   Plaintiffs, )<br>          )<br>   v.       )<br>          )<br>UNITED STATES OF AMERICA, )<br>          )<br>   Defendant. ) | CIVIL ACTION NO.<br>2:07cv741-MHT |

ORDER

Pursuant to the joint agreement to transfer (Doc. No. 14), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

   (1) The motion to transfer (Doc. No. 10) is granted.

   (2) This cause is transferred to the United States District Court for the District of Maryland.

**The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.**

**DONE, this the 28th day of November, 2007.**

                                          <u>/s/ Myron H. Thompson</u>
                                      **UNITED STATES DISTRICT JUDGE**