**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 223-7308

November 28, 2007

Clerk of Court
Maryland District Court
4415 Edward A. Garmatz Federal Bldg.
 And United States Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Re:   Jeremy Lee Hilton et al v. United States of America
      Civil Action No. 2:07cv741-MHT

Dear Clerk:

Please find enclosed our Court file in the above-styled cause together with the order transferring this cause to your district and a certified copy of all docket entries. Please acknowledge receipt of same by returning to us the enclosed copy of this letter.

To receive these document in pdf format, please call me at 334-954-3954 or e-mail me at sheryl_lent@almd.uscourts.gov and I will e-mail them to you.

Sincerely,

DEBRA P. HACKETT, CLERK

By:
   Deputy Clerk

/

Enclosures